```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```



FILED

MAR 23 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. S 2:06-CR-0112 GEB |
|---|---|---|
| Plaintiff, | ) | ORDER TO SEAL |
| | ) | (UNDER SEAL) |
| v. | ) | |
| SIQUERIO MATEO OLANDER RIOS, | ) | |
| Defendant. | ) | |

The Court hereby orders that the Indictment, the Petition to Seal Indictment, and this Order to Seal in the above-referenced case, shall be sealed until the arrest of the defendant in this case or until further order of the Court.

DATED: March 23, 2006

_____
HONORABLE KIMBERLY J. MUELLER
United States Magistrate Judge

1