DANIEL BRODERICK, Bar #89424
Acting Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
SIQUEIRO MATEO OLANDER RIOS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-112 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED ORDER] |
| v. | ) | |
| | ) | |
| SIQUEIRO MATEO OLANDER RIOS, | ) | Date: May 19, 2006 |
| | ) | Time: 9:00 A.M. |
| | ) | |
| | ) | Judge: Hon. Garland E. Burrell |
| Defendant. | ) | |

_____

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAROLYN DELANEY, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of April 14, 2006 be vacated and a new date of May 19, 2006 be set for status.

This is a new case in which the government has turned over an initial batch of discovery. Additional discovery is forthcoming and the government has indicated that it plans to file a new indictment shortly. The defense needs time to review discovery and perform investigation.

It is further stipulated and agreed between the parties that the

period beginning April 14, 2006 to May 19, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

April 13, 2006

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Acting Federal Defender

Dated: April 13, 2006            _____/S/NED SMOCK_____
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        SIQUEIRO MATEO OLANDER RIOS


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated: April 13, 2006
                                 _____/S/ CAROLYN DELANEY_____
                                        CAROLYN DELANEY
                                        Assistant U.S. Attorney


                                **ORDER**

        **IT IS SO ORDERED.**

Dated:  April 25, 2006


                                 /s/ Garland E. Burrell, Jr.
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge