DANIEL BRODERICK, Bar #89424
Acting Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SIQUEIRO MATEO OLANDER RIOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-112 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED ORDER] |
| v. ) | |
| ) | Date: June 30, 2006 |
| SIQUEIRO MATEO OLANDER RIOS, ) | Time: 9:00 A.M. |
| ) | |
| ) | Judge: Hon. Garland E. Burrell |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAROLYN DELANEY, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of May 19, 2006 be vacated and a new date of June 30, 2006 be set for status.  Defense counsel met with the government to review the initial discovery in this case.  Additional discovery is forthcoming. Investigation, including interviews and record requests, is underway. The defense needs time to review discovery and perform investigation.

It is further stipulated and agreed between the parties that the period beginning May 19, 2006 to June 30, 2006, should be excluded in computing the time within which the trial of the above criminal

1  prosecution must commence for purposes of the Speedy Trial Act for
2  defense preparation.  All parties stipulate and agree that this is an
3  appropriate exclusion of time within the meaning of Title 18, United
4  States Code, Section 3161(h)(8)(iv) (Local Code T4).
5  May 17, 2006

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Acting Federal Defender

9  Dated: May 17, 2006            /S/NED SMOCK
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        SIQUEIRO MATEO OLANDER RIOS


                                        MCGREGOR W. SCOTT
                                        United States Attorney

14  Dated: May 17, 2006
                                           /S/ CAROLYN DELANEY
                                        CAROLYN DELANEY
                                        Assistant U.S. Attorney


                                **ORDER**

18     **IT IS SO ORDERED.**
19  Dated:  May 22, 2006

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

2