DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SIQUEIRO MATEO OLANDER RIOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-112 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED ORDER] |
| v. | ) | |
| | ) | Date: July 7, 2006 |
| SIQUEIRO MATEO OLANDER RIOS, | ) | Time: 9:00 A.M. |
| | ) | |
| | ) | Judge: Hon. Garland E. Burrell |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAROLYN DELANEY, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of June 30, 2006 be vacated and a new date of July 7, 2006 be set for status.  Defense counsel has reviewed discovery submitted by the government and has additional investigation to perform.  In addition, the government submitted a proposed plea agreement that must be reviewed by the defendant.

It is further stipulated and agreed between the parties that the period beginning June 30, 2006 to July 7, 2006, should be excluded in computing the time within which the trial of the above criminal

1  prosecution must commence for purposes of the Speedy Trial Act for
2  defense preparation.  All parties stipulate and agree that this is an
3  appropriate exclusion of time within the meaning of Title 18, United
4  States Code, Section 3161(h)(8)(iv) (Local Code T4).

Respectfully submitted,

DANIEL BRODERICK
Acting Federal Defender

Dated: June 29, 2006                    /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
SIQUEIRO MATEO OLANDER RIOS


MCGREGOR W. SCOTT
United States Attorney

Dated: June 29, 2006                    /S/ CAROLYN DELANEY
CAROLYN DELANEY
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  June 30, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge