```
DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
SIQUEIRO MATEO OLANDER RIOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-112 GEB |
| ) Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED ORDER] |
| v. ) | |
| ) | Date: July 28, 2006 |
| SIQUEIRO MATEO OLANDER RIOS, ) | Time: 9:00 A.M. |
| ) | Judge: Hon. Garland E. Burrell |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAROLYN DELANEY, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of July 7, 2006 be vacated and a new date of July 28, 2006 be set for status. Defense counsel has requested additional discovery from the government and expects to receive it next week. The defense must perform additional investigation after reviewing that discovery.

It is further stipulated and agreed between the parties that the period beginning July 7, 2006 to July 28, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for

defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Acting Federal Defender

Dated: July 6, 2006                         /S/NED SMOCK
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        SIQUEIRO MATEO OLANDER RIOS

                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated: July 6, 2006                       /S/ CAROLYN DELANEY
                                        CAROLYN DELANEY
                                        Assistant U.S. Attorney

                                        **ORDER**

    **IT IS SO ORDERED.**

Dated:  July 7, 2006

                                      /s/ Garland E. Burrell, Jr.
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge