```
DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
SIQUEIRO MATEO OLANDER RIOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SIQUEIRO MATEO OLANDER RIOS,<br><br>          Defendant. | No. CR-S-06-112 GEB<br><br>STIPULATION AND [PROPOSED ORDER]<br><br>Date: August 25, 2006<br>Time: 9:00 A.M.<br><br>Judge: Hon. Garland E. Burrell |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAROLYN DELANEY, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of July 28, 2006 be vacated and a new date of August 25, 2006 be set for status.  Defense counsel is awaiting copies of additional photographs and search warrant materials.  The defense must perform additional investigation and legal research after reviewing that discovery.

   It is further stipulated and agreed between the parties that the period beginning July 28, 2006 to August 25, 2006, should be excluded in computing the time within which the trial of the above criminal

1  prosecution must commence for purposes of the Speedy Trial Act for
2  defense preparation.  All parties stipulate and agree that this is an
3  appropriate exclusion of time within the meaning of Title 18, United
4  States Code, Section 3161(h)(8)(iv) (Local Code T4).

Respectfully submitted,

DANIEL BRODERICK
Acting Federal Defender

Dated: July 26, 2006                /S/NED SMOCK
                                    NED SMOCK
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    SIQUEIRO MATEO OLANDER RIOS


MCGREGOR W. SCOTT
United States Attorney

Dated: July 26, 2006
                                   /S/ CAROLYN DELANEY
                                   CAROLYN DELANEY
                                   Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  July 27, 2006


/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge