DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SIQUEIRO MATEO OLANDER RIOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. CR-S-06-112 GEB |
| ) | |
| Plaintiff,   ) | |
| ) | STIPULATION AND [PROPOSED ORDER] |
| v.   ) | |
| ) | |
| SIQUEIRO MATEO OLANDER RIOS,   ) | Date: November 3, 2006 |
| ) | Time: 9:00 A.M. |
| ) | |
| ) | Judge: Hon. Garland E. Burrell |
| Defendant.   ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAROLYN DELANEY, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the date now set for non-evidentiary hearing on defendant's motion to suppress be converted to a status conference.  Having performed additional research and investigation, the defense has decided not to file a motion to suppress.

It is further stipulated and agreed between the parties that the period beginning September 15, 2006 and ending November 3, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act

for defense preparation.  The defense has been engaged in ongoing legal research and investigation.  The defense needs additional time to view the charged images and perform follow-up investigation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

```
                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Acting Federal Defender

Dated: October 24, 2006                /S/NED SMOCK
                                    NED SMOCK
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    SIQUEIRO MATEO OLANDER RIOS


                                    MCGREGOR W. SCOTT
                                    United States Attorney

Dated: October 24, 2006                /S/ CAROLYN DELANEY
                                    CAROLYN DELANEY
                                    Assistant U.S. Attorney
```

**ORDER**

**IT IS SO ORDERED.**

Dated:  October 25, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge