```
McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | CR-S-06-112 GEB |
| )                                                      | |
| Plaintiff,    ) | PRELIMINARY ORDER OF |
| ) | FORFEITURE |
| v.                     ) | |
| ) | |
| SIQUERIO MATEO OLANDER RIOS,   ) | |
| ) | |
| Defendant.    ) | |
| _____) | |

    Based upon the plea agreement entered into between plaintiff United States of America and defendant Siquerio Mateo Olander Rios, it is hereby

    ORDERED, ADJUDGED AND DECREED as follows:

    1.  Pursuant to 18 U.S.C. § 2253, defendant Siquerio Mateo Olander Rios' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

        a.  an I-Mac computer, serial number 82490JPMAY; and

        b.  two zip disks.

    2.  That the above-listed property constitutes or is traceable

1 to gross profits or other proceeds obtained directly or indirectly
2 from violations of 18 U.S.C. § 2252(a)(2) or was used or intended to
3 be used in any manner or part to commit or to promote the commission
4 of violations of 18 U.S.C. § 2252(a)(2).

5     3.   Pursuant to Rule 32.2(b), the Attorney General (or a
6 designee) shall be authorized to seize the above-listed property.
7 The aforementioned property shall be seized and held by the United
8 States Marshals Service, in its secure custody and control.

9     4.   a.   Pursuant to 18 U.S.C. § 2253(m)(1) and Local Rule
10 83-171, the United States forthwith shall publish at least once for
11 three successive weeks in the <u>Daily Recorder</u> (Sacramento County), a
12 newspaper of general circulation located in the county in which the
13 above-listed property was seized, notice of this Order, notice of
14 the Attorney General's (or a designee's) intent to dispose of the
15 property in such manner as the Attorney General may direct, and
16 notice that any person, other than the defendant, having or claiming
17 a legal interest in the above-listed property must file a petition
18 with the Court within thirty (30) days of the final publication of
19 the notice or of receipt of actual notice, whichever is earlier.

20     b.   This notice shall state that the petition shall be for
21 a hearing to adjudicate the validity of the petitioner's alleged
22 interest in the property, shall be signed by the petitioner under
23 penalty of perjury, and shall set forth the nature and extent of the
24 petitioner's right, title or interest in the property and any
25 additional facts supporting the petitioner's claim and the relief
26 sought.

27     c.   The United States may also, to the extent practicable,
28 provide direct written notice to any person known to have alleged an

interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

IT IS SO ORDERED.

Dated: November 20, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge