McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-S-06-112 GEB |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| SIQUERIO MATEO OLANDER RIOS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on November 21, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Siquerio Mateo Olander Rios forfeiting to the United States the following property:

      a.   an I-Mac computer, serial number W82490JPMAY; and

      b.   two zip disks.

AND WHEREAS, on December 6, 13 and 20, 2006, the United States published notice of the Court's Preliminary Order of Forfeiture in the <u>Daily Recorder</u> (Sacramento County), a newspaper of general circulation located in the county in which the subject property was seized.  Said published notice advised all third parties of their

1

right to petition the court within thirty (30) days of the
publication date for a hearing to adjudicate the validity of their
alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has
filed a claim to the subject property, and the time for any person
or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to
the United States of America all right, title, and interest in the
above-listed property pursuant to 18 U.S.C. § 2253, to be disposed
of according to law, including all right, title, and interest of
Siquerio Mateo Olander Rios.

2.  All right, title, and interest in the above-listed property
shall vest solely in the United States of America.

3.  The United States shall maintain custody of and control
over the subject property until it is disposed of according to law.

SO ORDERED.

Dated:  March 6, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge